UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FUEL CLOTHING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFARI SHIRT COMPANY d/b/a FUEL CLOTHING COMPANY, INC., <br><br> Defendant. | Case No. C05-5366RJB <br><br> DEFENDANT'S STIPULATED MOTION AND ORDER TO EXTEND APPEARANCE DEADLINE |

Come Now Defendant Safari Shirt Company d/b/a Fuel Clothing Company, Inc. by and through the law firm of Saalfeld Griggs PC its attorney and hereby requests an extension of twenty (20) days from the initial appearance deadline pursuant to FRCP 12.

Opposing counsel has agreed and stipulated to an extension of twenty (20) days from the appearance deadline date of Thursday July 7, 2005. The defendant has tendered this matter to its insurance company and anticipates coverage, including representation, to be confirmed shortly. Defendant is making this request to avoid the additional cost and to avoid the inefficiencies associated with multiple attorneys reviewing and filing

\ \ \ \ \

 \ \ \ \

 \ \ \

 \ \

 \

y

pleadings. Defendant requests the court to sanction the twenty (20) day extension upon the appearance deadline as set forth herein.

DATED this 5th day of July, 2005.

PRESENTED BY:

        SAALFELD GRIGGS PC
        By   /s/ Erich M. Paetsch
        ERICH M. PAETSCH, WSB NO. 34033 Attorney for Defendant
        Trial Attorney Email: epaetsch@sglaw.com Fax: (503) 371-2927

It is So Ordered:

Dated this 6th day of July, 2005

        /s/ ROBERT J. BRYAN
        Robert J. Bryan
        United States District Judge

## CERTIFICATE OF MAILING

I hereby certify that I served the foregoing **DEFENDANT'S STIPULATED MOTION AND ORDER TO EXTEND APPEARANCE DEADLINE** on the following attorney on the 5th day of July, 2005 by mailing a correct copy, certified by me as such, in a sealed envelope, with postage prepaid, addressed to the regular office address and deposited in the post office at Salem, Oregon. There is a regular communication by U.S. Mail between this post office and the address to which the copy was mailed.

>Shannon M. Ragonesi
>Keating, Bucklin & McCormack, Inc., P.S.
>800 Fifth Avenue, Ste. 4141
>Seattle, WA  98104
>
>John E. Schmidt, III
>Melissa J. Copeland
>Nelson Mullins Riley & Scarborough, LLP
>PO Box 11070
>Columbia, SC 29211

DATED this 5th day of July, 2005.

>SAALFELD GRIGGS PC
>By   /s/ Erich M. Paetsch
>ERICH M. PAETSCH, WSB 34033
>Attorney for Defendant Trial
>Attorney Email:
>epaetsch@sglaw.com Fax: (503) 371-2927