UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FUEL CLOTHING COMPANY, INC.,<br><br>                Plaintiff,<br>v.<br><br>SAFARI SHIRT COMPANY d/b/a FUEL CLOTHING COMPANY, INC.,<br><br>                Defendant. | CASE NO. 05-5366 RJB<br><br>**DEFENDANT'S STIPULATED MOTION AND ORDER TO CHANGE VENUE**<br><br>NOTE ON MOTION CALENDAR: JULY 27, 2005 |

Come Now Defendant Safari Shirt Company d/b/a Fuel Clothing Company, Inc. (*"Defendant"*) by and through the law firm of Saalfeld Griggs PC its attorney and hereby requests that this case be transferred from the Western District of Washington to the United States District Court in the District of Oregon, Portland Division, for convenience pursuant to 28 USC §1404(a).

Opposing counsel hereby agrees, consents and stipulates to change of venue and transfer of this case to the District of Oregon. The parties acknowledge that the Plaintiff is located in South Carolina and the Defendant is located in Oregon, and that Oregon is a more convenient forum for this action. Furthermore, for convenience of transportation, the parties agree that the case should be transferred to the Portland Division in the District of Oregon.

The parties acknowledge that Defendant is located in the Eugene Division of the District of Oregon, pursuant to District of Oregon Local Rule 3.3. However, upon motion of either party,

PAGE – 1 DEFENDANT'S STIPULATED MOTION AND ORDER TO CHANGE VENUE
    CASE NO. 05-5366 RJB
S:\BRYAN\SHARE\fuel.trans.ord.doc

1  a case can be reassigned to any other appropriate division in the District of Oregon pursuant to
2  Local Rule 3.4.  The parties acknowledge and agree that it is more appropriate and convenient to
3  transfer the case to the Portland Division of the District of Oregon.
4    Based on the above, Plaintiff and Defendant hereby stipulate that venue is more
5  convenient for both parties in the District of Oregon, Portland Division, and transfer of this case
6  to the District of Oregon, Portland Division, is proper under 28 USC §1404(a).     Plaintiff has
7  consented to the form of this motion, and has authorized Defendant's counsel to sign this motion
8  on their behalf.  The parties hereby request that the above-entitled action be transferred to the
9  United States District Court in the District of Oregon, Portland Division.
10   DATED this 27th day of July, 2005.
11   PRESENTED BY:

        **SAALFELD GRIGGS PC**

      By  s/ _____
        ERICH M. PAETSCH, WSB NO. 34033
        Attorney for Defendant
        Trial Attorney
        Email: epaetsch@sglaw.com
        Fax: (503) 371-2927

IT IS SO ORDERED:

Dated this 28th day of July, 2005

        _____
        ROBERT J. BRYAN
        United States District Judge

PAGE – 2 DEFENDANT'S STIPULATED MOTION AND ORDER TO CHANGE VENUE
  CASE NO. 05-5366 RJB
S:\BRYAN\SHARE\fuel.trans.ord.doc

**SAALFELD GRIGGS PC**
LAWYERS
PO BOX 470  SALEM OR  97308-0470  TEL: (503) 399-1070